**LEX TECNICA**
SCOTT T. WHITWORTH, ESQ.
Nevada Bar No. 15671
TABETHA J. NAKAGAWA, ESQ.
Nevada Bar No. 16756
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (725) 239-8413
scott@lextecnica.com
tnakagawa@lextecnica.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIMBALL RENTALS LLC, a Utah limited liability company doing business as KIMBALL EQUIPMENT COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>KALEB SCHAUB, an individual; TRANSCO NORTHWEST, INC., a Washington corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:26-cv-02539- GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Kimball Rentals LLC, a Utah limited liability company doing business as Kimball Equipment Company (“Plaintiff”), and Defendants Kaleb Schaub (“Schaub”) and Transco Northwest, Inc. (“Transco”) (collectively, “Defendants”), by and through their respective counsel of record, hereby stipulate and agree, subject to the approval of the Court, as follows:

1. Plaintiff commenced this action by filing its Complaint on July 1, 2026, in the Eighth Judicial District Court, Clark County, Nevada (Case No. A-26-950303-C).
2. Transco was served with the Summons and Complaint on July 15, 2026.
3. Schaub was served with the Summons and Complaint on July 16, 2026.
4. The deadline for Transco and Schaub to file a responsive pleading to the Complaint was August 5, and August 6, 2026, respectively.

LEX TECNICA
10161 Park Run Drive, Ste 150
Las Vegas, Nevada 89145
(725) 239-8413

5. On August 5, 2026, Plaintiff agreed to granting Defendants an extension to respond to the Complaint, with the new deadline for the responsive pleading set to August 19, 2026.
6. Then, Defendants removed the action to this Court on August 14, 2026, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.
7. Under Federal Rule of Civil Procedure 81(c)(2)(C), Defendants' current deadline to answer or otherwise respond to the Complaint is August 21, 2026.
8. The parties have agreed, subject to the Court's approval, to extend Defendants' deadline to answer or otherwise respond to the currently operative Complaint by seven (7) days, from August 21, 2026, to August 28, 2026.
9. Plaintiff is presently preparing a First Amended Complaint and intends, if feasible, to file the amended pleading on or before August 28, 2026, before Defendants answer or otherwise respond to the Complaint. Defendants' response to the amended pleading will be governed by Fed. R. Civ. P. 15(a)(3).
10. The requested extension will (a) allow Plaintiff a short period to finalize and file its anticipated amended pleading; (b) avoid requiring Defendants to expend time and resources preparing or filing a response directed to a pleading that may shortly be superseded; (c) conserve the resources of the parties and the Court; (d) permit the litigation to proceed efficiently on the operative pleading; and (e) avoid unnecessary motion practice.
11. This extension is requested in good faith and not for purposes of delay, and it will not prejudice any party.
12. Nothing in this Stipulation waives any claim, defense, objection, argument, or right of any party, and each party expressly reserves all of the foregoing.

/ / /

LEX TECNICA
10161 Park Run Drive, Ste 150
Las Vegas, Nevada 89145
(725) 239-8413

**NOW, THEREFORE,** the parties, by and through their respective counsel of record, hereby STIPULATE AND AGREE, subject to the approval of the Court, that Defendants' deadline to answer or otherwise respond to the currently operative Complaint is extended by seven (7) days, from August 21, 2026, to August 28, 2026.

**IT IS SO STIPULATED.**

DATED this 21st day of August, 2026.

Respectfully submitted,

**LEX TECNICA**

/s/ Scott T. Whitworth
SCOTT T. WHITWORTH, ESQ. (#15671)
TABETHA J. NAKAGAWA, ESQ. (#16756)
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (725) 239-8413

*Attorneys for Plaintiff*

**McDONALD CARANO LLP**

/s/ Kirsten T. Gallagher
KRISTEN T. GALLAGHER, ESQ. (#9561)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Phone: (702) 873-4100

ZANA BUGAIGHIS, ESQ. (pro hac vice to be submitted)
HANNAH PARMAN, ESQ. (pro hac vice to be submitted)
DAVIS WRIGHT TREMAINE LLP

*Attorneys for Defendants*

**IT IS SO ORDERED:**

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: August 24, 2026

LEX TECNICA
10161 Park Run Drive, Ste 150
Las Vegas, Nevada 89145
(725) 239-8413