Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com

Zana Bugaighis (admitted *pro hac vice*)
Hannah Parman (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
zanabugaighis@dwt.com
hannahparman@dwt.com

*Attorneys for Defendants Kaleb Schaub and Transco Northwest, Inc.*

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIMBALL RENTALS LLC, a Utah limited liability company doing business as KIMBALL EQUIPMENT COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>KALEB SCHAUB, an individual; TRANSCO NORTHWEST, INC., a Washington corporation, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,,<br><br>Defendant. | Case No. 2:26-cv-02539-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)[1]** |

Defendants Kaleb Schaub and Transco Northwest, Inc. (together, "Defendants") and Plaintiff Kimball Rentals LLC dba Kimball Equipment Company ("Kimball"), by and through their respective counsel of record, hereby agree, stipulate and respectfully request that the Court extend the deadline for Defendants to answer or otherwise respond to Kimball's First Amended Complaint (ECF No. 12)

[1] The parties previously submitted a Stipulation and Order to extend the deadline for Defendants to respond to the initial complaint so that Plaintiff could file an amended pleading. ECF Nos. 10, 11.

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

from September 8 to 23, 2026. This is the first request to extend the deadline to respond to the First Amended Complaint.

The parties agree to the further extension to permit them to continue their respective case evaluation efforts and to permit Defendants to fully evaluate the allegations in the First Amended Complaint so that it can prepare an appropriate response.

Nothing in this Stipulation waives any claim, defense, objection, argument, or right of any party, and each party expressly reserves all of the foregoing.

The undersigned represent that this stipulation is not designed for purposes of delay.

DATED this 1st day of September, 2026.

McDONALD CARANO LLP

By: *\/s/ Kristen T. Gallagher*
Kristen T. Gallagher (NSBN 9561)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com

Zana Bugaighis (admitted *pro hac vice*)
Hannah Parman (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
zanabugaighis@dwt.com
hannahparman@dwt.com

*Attorneys for Defendants Kaleb Schaub and Transco Northwest, Inc.*

LEX TECNICA, LTD.

By: */s/ Scott Whitworth*
Scott Whitworth
Tabetha J. Nakagawa
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (725) 239-8413
scott@lextecnica.com
tnakagawa@lextecnica.com

*Attorneys for Plaintiff Kimball Rentals LLC dba Kimball Equipment Company*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: September 2, 2026